NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000479
21-SEP-2011
07:59 AM**

NO. CAAP-11-0000479

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
SEBASTIAN CRISOSTOMO MIGUEL, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CR. NO. 10-1-0025K)

ORDER GRANTING DEFENDANT-APPELLANT'S MOTION TO WITHDRAW APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of Defendant-Appellant Sebastian Crisostomo Miguel's Motion to Withdraw Appeal, Appellant's declaration in support of the motion, and the records and files herein,

IT IS HEREBY ORDERED that the motion is granted, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, September 21, 2011.

Chief Judge

Associate Judge

Associate Judge